**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

LUCKY DRAGON ENTERPRISE
GROUP LIMITED, *et al.*,

Plaintiffs,

v.

STEPHANIE CHANG, *et al.*

Defendants.

Case No. 1:19-cv-01310

## CONSENT ORDER

This matter comes before the Court upon a Consent Motion for Extension of Time to Respond to Complaint filed by Defendants Stephanie Chang and FashionHolic, Inc. (the "Motion"), as to the Complaint filed by Plaintiffs Lucky Dragon Enterprise Group Limited, and New and Innovation, LLC.  Upon consideration of the Motion, it is hereby

ORDERED that the Motion is GRANTED; and that the time for Defendants Stephanie Chang and FashionHolic, Inc. to file responsive pleadings is extended and enlarged as provided herein without waiver of any defense or objection that may be otherwise applicable; and it is

FURTHER ORDERED that Defendants Stephanie Chang and FashionHolic, Inc. shall file answers or other responsive pleadings no later than January 16, 2020.

Entered this _13_ day of ___December___, 2019.

_____/s/_____
Michael S. Nachmanoff
United States Magistrate Judge

cc:     All counsel and unrepresented parties