IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:19 cv 01310, Case Name Lucky Dragon Ent. Grp et al. v. Chang et al
Party Represented by Applicant: Plaintiffs

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Shruti Panchavati Esq.
Bar Identification Number 5403852      State New York
Firm Name White and Williams LLP
Firm Phone 212 244 9500    Direct Dial 212 631 4437    FAX 646 861 4617
E-Mail Address panchavatis@whiteandwilliams.com
Office Mailing Address 7 Times Square Suite 2900; New York NY 10036

Name(s) of federal court(s) in which I have been admitted U.S. District Court for the Southern District of N.Y. and Eastern District of N.Y

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro h c vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _x_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro h c vice*.

/s Laurin H. Mills, Esq.                          12/12/2019
(Signature)                                       (Date)
Laurin H. Mills Esq.                              79848
(Typed or Printed Name)                           (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ✓ or Exemption Granted ____

The motion for admission is GRANTED ✓ or DENIED ____

/s/
Anthony J. Trenga
United States District Judge
(Judge's Signature)                    Dec. 16, 2019
                                       (Date)