**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| **LUCKY DRAGON ENTERPRISE GROUP LIMITED,** *et al.*, <br><br> Plaintiffs, <br> v. <br><br> **STEPHANIE CHANG,** *et al.* <br><br> Defendants. | Case No. 1:19-cv-01310 AJT/MSN |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, I, the undersigned, counsel of record for Defendant FashionHolic Inc., hereby certify that to the best of my knowledge and belief, and after due inquiry, there are no parents, trusts, subsidiaries, and/or affiliates of FashionHolic Inc. that have issued shares or debt securities to the public.

Respectfully submitted,

**FASHIONHOLIC, INC.**
*By Counsel*

Dated: January 17, 2020    By:   */s/ Bizhan Beiramee*
                                                                Bizhan Beiramee, Esq., VSB #50918
                                                                 BEIRAMEE LAW GROUP, P.C.
                                                                 7508 Wisconsin Avenue, Second Floor
                                                                 Bethesda, Maryland 20814
                                                                 bbeiramee@beiramee.com
                                                                 (301) 547-3805
                                                                 (703) 483-9599 Fax
                                                                 *Counsel for Defendants Stephanie Chang and FashionHolic, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2020, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing to all counsel of record, including:

| | |
|---|---|
| Laurin H. Mills, Esq. | Scott H. Casher, Esq., *pro hac vice* |
| Robert Armstrong, Esq. | Shruti Panchavati, Esq., *pro hac vice* |
| SAMEK | WERTHER | MILLS LLC | WHITE AND WILLIAMS LLP |
| 2000 Duke Street, Suite 300 | 7 Times Square, Suite 2900 |
| Alexandria, VA 22314 | New York, NY 10036 |
| (804) 205-9020 | (202) 244-9500 |
| Fax (877) 575-0245 | Fax (212) 244-6200 |
| laurin@samek-law.com | cashers@whiteandwilliams.com |
| robert@samek-law.com | panchavatis@whiteandwilliams.com |
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |

*/s/ Bizhan Beiramee*
Bizhan Beiramee, Esq., VSB #50918
BEIRAMEE LAW GROUP, P.C.
7508 Wisconsin Avenue, Second Floor
Bethesda, Maryland 20814
bbeiramee@beiramee.com
(301) 547-3805
(703) 483-9599 Fax
*Counsel for Defendants Stephanie Chang and FashionHolic, Inc.*