**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **LUCKY DRAGON ENTERPRISE GROUP LIMITED,** *et al.*, </br></br>    Plaintiffs/Counter-Defendants,</br></br>v.</br></br>**STEPHANIE CHANG,** *et al.*,</br></br>    Defendants/Counter-Plaintiffs. | Civil Action No. 1:19-cv-01310 (AJT/MSN) |

**PLAINTIFFS' PROPOSED DISCOVERY PLAN**

Plaintiffs/Counter-Defendants Lucky Dragon Enterprise Group Limited and New and Innovation LLC (collectively, "Plaintiffs"), submit their Proposed Discovery Plan, which is attached as **Exhibit A**.  Despite substantial effort, the parties could not reach agreement on a Joint Discovery Plan.  The primary areas of disagreement are:

(1)     **Depositions of foreign nationals living in mainland China and Taiwan**.  This is a relatively small case where the damages sought are far less than $1 million.  Plaintiffs believe that requiring multiple foreign nationals to travel halfway around the world (which would absorb a week of their time) during the global Coronavirus pandemic is dangerous and is a requirement disproportionate to the needs of the case.  On the other hand, depositions conducted via video link would be very effective.

(2)     **Translations**.  Defendants ask that Plaintiffs translate every single Chinese-language document that they produce into English.  That is an unnecessary requirement.  Clients on both sides speak Chinese.  To the extent that either party uses a Chinese-language document as a deposition or trial exhibit, translated copies should be provided at that time.

(3)     **Deposition length**.  Defendants seek longer than the typical 7 hours for each deposition if an interpreter is used.  This requirement is unnecessary.  This case is not that complicated.  If this turns out to be a problem that counsel cannot resolve among themselves, either party can seek the Court's assistance at that time.  The 12 hours per deposition that Defendants seek turns every deposition into a two-day affair.

(4)     **Number of Depositions**.  The parties should be limited to 10 depositions each, with no more than 5 third-party depositions.  If there is a legitimate need for additional depositions, and the parties cannot work that out between themselves, they can petition the Court for a determination.  This is a relatively small case, and the number of depositions sought by Defendants is disproportionate to the needs of the case.

Dated: February 5, 2020                                             Respectfully submitted,

                                                                     /s/
                                                              Laurin H. Mills (VA Bar No. 79848)
                                                              Robert Armstrong (VA Bar No. 83607)
                                                              Samek, Werther & Mills, LLC
                                                              2000 Duke Street, Suite 300
                                                              Alexandria, VA 22314
                                                              (703) 547-4693
                                                              Fax (703) 547-4694
                                                              laurin@samek-law.com
                                                              robert@samek-law.com
                                                              *Attorneys for Plaintiffs*

                                                              Scott H. Casher, *pro hac vice*
                                                              Shruti Panchavati, *pro hac vice*
                                                              White and Williams LLP
                                                              7 Times Square, Suite 2900
                                                              New York, NY 10036
                                                              (212) 244-9500
                                                              Fax (212) 244-6200
                                                              cashers@whiteandwillaims.com
                                                              panchavatis@whiteandwilliams.com
                                                              *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on February 5, 2020, I caused the foregoing to be filed via the Court's Electronic Case Filing system, which will serve a copy upon:

>Bizhan Beiramee (VSB #50918)
>Beiramee Law Group, P.C.
>7508 Wisconsin Avenue, Second Floor
>Bethesda, MD 20814
>(301) 547-3805
>Fax (703) 483-9599
>bbeiramee@beiramee.com
>*Attorney for Defendants*
>
>Elias G. Saboura-Polkovotsy (VSB #72256)
>Saboura, Goldman & Columbo, P.C.
>524 King Street
>Alexandria, VA 22314
>(703) 531-8155
>Fax (703) 531-8156
>esaboura@sabouralaw.com
>*Attorney for Defendants*

_/s/_
Laurin H. Mills
